IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BOYD JIM FLANNAGAN, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:08-CV-465-Y |
| | § | |
| REBECCA TAMEZ, Warden, | § | |
| FMC-Fort Worth, | § | |
|     Respondent. | § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Boyd Jim Flannagan under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 19, 2009; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 10, 2009.

The Court, after **de novo** review, concludes that, for the reasons stated by the magistrate judge, Flannagan's objections must be overruled, and that the respondent's motion for summary judgment must be granted to the extent the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

The motion for summary judgment [docket no. 8] is GRANTED.

Boyd Jim Flannagan's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED March 12, 2009.

                                                  /s/ Terry R. Means
                                                  TERRY R. MEANS
                                                  UNITED STATES DISTRICT JUDGE